IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FREDERICK W. IVES,**

    **Plaintiff,**

v.                                                            **CASE NO. 5:13-cv-107-RS-EMT**

**NICHOLAS RICKMAN, et al.,**

    **Defendants.**

_____/

## **ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 28). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on February 4, 2014.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE**